DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
OSCAR AVINA-MORENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-11-114 LKK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| OSCAR AVINA-MORENO, | |
| Defendant. | |

This case is currently scheduled for a status hearing on April 26, 2011.  The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for Tuesday, April 26, 2011, be continued until **Tuesday, May 10, 2011, at 9:15 a.m.**  In addition, the parties stipulate that the time period from April 26, 2011, through and including May 10, 2011, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

///

///

///

1

A proposed order is attached and lodged separately for the court's convenience.

DATED: April 21, 2011

                     Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER | DANIEL J. BRODERICK |
| United States Attorney | Federal Defender |
| | |
| */s/ Lexi Negin for* | */s/ Lexi Negin* |
| MICHELE M. BECKWITH | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for Oscar Avina-Moreno |

1

1
2                    IN THE UNITED STATES DISTRICT COURT
3                   FOR THE EASTERN DISTRICT OF CALIFORNIA
4

| | | |
|---|---|---|
| 5  UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-11-114 LKK |
| 6              Plaintiff, | ) | |
| 7       v. | ) | ORDER CONTINUING STATUS HEARING |
| 8  OSCAR AVINA-MORENO, | ) | AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| 9              Defendant. | ) | |

10

11       For the reasons set forth in the stipulation of the parties, filed on April 21, 2011,  IT IS HEREBY
12 ORDERED that the status conference currently scheduled for April 26, 2011, be vacated and that the case
13 be set for **Tuesday, May 10, 2011, at 9:15 a.m.**  The Court finds that the ends of justice to be served by
14 granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.
15 Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' April 21, 2011,
16 stipulation, the time under the Speedy Trial Act is excluded from April 26, 2011, through and including
17 May 10, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide
18 defense counsel with the reasonable time to prepare.
19
20 Dated: April 21, 2011

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

2