1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  Lexi Negin, Bar #250376
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   OSCAR AVINA-MORENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-11-114 LKK |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| OSCAR AVINA-MORENO, | ) | |
| Defendant. | ) | |

This case is currently scheduled for a status hearing on May 10, 2011.  The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for Tuesday, May 10, 2011, be continued until Tuesday, June 21, 2011.  In addition, the parties stipulate that the time period from May 10, 2011, through and including June 21, 2011, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

///

///

///

1

1 | A proposed order is attached and lodged separately for the court's convenience.

2 | DATED: May 9, 2011

Respectfully submitted,

BENJAMIN B. WAGNER            DANIEL J. BRODERICK
United States Attorney              Federal Defender


 */s/ Lexi Negin for*              */s/ Lexi Negin*
MICHELE M. BECKWITH            LEXI NEGIN
Assistant U.S. Attorney            Assistant Federal Defender
Attorney for United States         Attorney for Oscar Avina-Moreno

1
2                      IN THE UNITED STATES DISTRICT COURT
3                    FOR THE EASTERN DISTRICT OF CALIFORNIA
4

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-11-114 LKK |
| Plaintiff, | ) | |
| v. | ) | ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| OSCAR AVINA-MORENO, | ) | |
| Defendant. | ) | |

For the reasons set forth in the stipulation of the parties, filed on May 9, 2011, IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, May 10, 2011, be vacated and that the case be set for **Tuesday, June 21, 2011, at 9:15 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' May 9, 2011, stipulation, the time under the Speedy Trial Act is excluded from May 10, 2011, through and including June 21, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: May 9, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2